**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

RAMONÉ SHEFFIELD,

      Plaintiff,

      vs.

NATHEN BROOKS, CO II; SCOTT
ROWELL, CO II; CHARLIE
BROWN, CO II; Officer NASWORTHY,
CO II, and RUBY COX,

      Defendants.

      CIVIL ACTION NO.: CV502-070

## O R D E R

Plaintiff, an inmate currently incarcerated at Valdosta State Prison, in Valdosta, Georgia,

filed a Notice of Appeal and a Motion to Proceed in forma pauperis on appeal on November 15,

2004. Pursuant to 28 U.S.C. § 1915 and the Rules of the Eleventh Circuit Court of Appeals,

Plaintiff must pay the $255.00 for filing his notice of appeal.

Accordingly, the Court's Order dated September 10, 2002, is hereby amended to reflect

that Plaintiff's financial obligation for filing a complaint and a notice of appeal in this case totals

$405.00. Plaintiff's custodian is directed to continue deductions from Plaintiff's Inmate Trust

Account in the same manner as set forth in the September 10, 2002 Order until the total amount

is paid. All other terms of the September 10, 2002 Order remain unchanged. The Clerk is

directed to serve a copy of the September 10, 2002 Order and a copy of this Order upon Plaintiff

and Plaintiff's current custodian.

**SO ORDERED**, this 26th day of April, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)